UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROZETTE AZEMAR,

  Plaintiff,          Case No. 0:24-cv-61187-AHS

v.

EQUIFAX INFORMATION SERVICES, LLC

  Defendants.
_____

**NOTICE OF SETTLEMENT**
**EQUIFAX INFORMATION SERVICES, LLC**

  Plaintiff ROZETTE AZEMAR by and through their counsel, hereby gives notice that they Plaintiff and EQUIFAX INFORMATION SERVICES, LLC, have reached a settlement with respect to Plaintiff's claims.

  The Parties anticipate filing a Stipulation of Dismissal within thirty (60) days.

Dated Thursday, January 2, 2025

Respectfully submitted,

          **TRACEY CABANIS,**
          **ATTORNEY AT LAW, PLLC**

          *Attorney for Plaintiff*
          2719 Hollywood Blvd., A-1953
          Hollywood, Florida 33020

          Office (954) 281-2427
          Facsimile (954) 827-0967
          Tracey@AttorneyTracey.com

          By: */s/ Tracey Cabanis, Esq.*
          TRACEY CABANIS, ESQ..
          FBN: 52647

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 2, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties to their counsel of record, by operation of the Court's electronic filing and docketing system.

**TRACEY CABANIS,**
**ATTORNEY AT LAW, PLLC**

*Attorney for Plaintiff*
2719 Hollywood Blvd., A-1953
Hollywood, Florida 33020

Office (954) 281-2427
Facsimile (954) 827-0967
Tracey@AttorneyTracey.com

By:  */s/ Tracey Cabanis, Esq.*
TRACEY CABANIS, ESQ..
FBN: 52647