UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROZETTE AZEMAR,

    Plaintiff,                                                     Case No. 0:24-cv-61187-AHS

v.

TRANS UNION LLC

    Defendants.

_____

## JOINT NOTICE OF SETTLEMENT
## TRANS UNION, LLC

Plaintiff ROZETTE AZEMAR by and through their counsel, hereby gives notice that they Plaintiff and TRANS UNION, LLC, have reached a settlement with respect to Plaintiff's claims.

The Parties anticipate filing a Stipulation of Dismissal within thirty (60) days.

Dated Tuesday, March 11, 2025

Respectfully submitted,

**TRACEY CABANIS,**
**ATTORNEY AT LAW, PLLC**

*Attorney for Plaintiff*
2719 Hollywood Blvd., A-1953
Hollywood, Florida 33020

Office (954) 281-2427
Facsimile (954) 827-0967
Tracey@AttorneyTracey.com

By: */s/ Tracey Cabanis, Esq.*
TRACEY CABANIS, ESQ..
FBN: 52647

By: /s/ Christian C. Kohlsaat
Christian C. Kohlsaat (FBN: 117795)
**BUCHANAN INGERSOLL & ROONEY PC**
One Biscayne Tower
2 S. Biscayne Blvd, Ste. 1500
Miami, FL 33131-1822
T: 305-347-4080
F: 305-347-4089
Email: christian.kohlsaat@bipc.com
patricia.delgado@bipc.com

*Counsel for Defendant
Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties to their counsel of record, by operation of the Court's electronic filing and docketing system.

**TRACEY CABANIS,
ATTORNEY AT LAW, PLLC**

*Attorney for Plaintiff*
2719 Hollywood Blvd., A-1953
Hollywood, Florida 33020

Office (954) 281-2427
Facsimile (954) 827-0967
Tracey@AttorneyTracey.com

By:  */s/ Tracey Cabanis, Esq.*
TRACEY CABANIS, ESQ..
FBN: 52647