UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61187-CIV-SINGHAL/STRAUSS

ROZETTE AZEMAR,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** has come before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (DE [43]) ("Notice"). The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to Defendant Equifax Information Services, LLC only with each party to bear its own costs and attorneys' fees.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF