**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ROZETTE AZEMAR,

      Plaintiff,                                       Case No. 0:24-cv-61187-AHS

v.

Equifax Information Services, LLC,
Experian Information Solutions, Inc., and
Trans Union, LLC

      Defendants.
_____

**JOINT NOTICE OF SETTLEMENT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

     Plaintiff ROZETTE AZEMAR by and through their counsel, hereby gives notice that they Plaintiff and Experian Information Solutions, Inc., have reached a settlement with respect to Plaintiff's claims.

     The Parties anticipate filing a Stipulation of Dismissal within sixty (60) days.

Dated and Respectfully Submitted: Tuesday, April 22, 2025

                                      Respectfully submitted,

                                      **TRACEY CABANIS,**
                                      **ATTORNEY AT LAW, PLLC**

                                      *Attorney for Plaintiff*
                                      2719 Hollywood Blvd., A-1953
                                      Hollywood, Florida 33020
                                      Office (954) 281-2427
                                      Facsimile (954) 827-0967
                                      Tracey@AttorneyTracey.com

                                      By: */s/ Tracey Cabanis, Esq.*
                                      TRACEY CABANIS, ESQ..FBN: 52647

Respectfully submitted,

By: /s/ Noah J. DiPasquale        .
Noah J. DiPasquale, Esq. (FBN: 1003238)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1266
Facsimile: (804) 697-1339
Email:Noah.DiPasquale@Troutman.com.

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 22, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties to their counsel of record, by operation of the Court's electronic filing and docketing system.

**TRACEY CABANIS,
ATTORNEY AT LAW, PLLC**

*Attorney for Plaintiff*
2719 Hollywood Blvd., A-1953
Hollywood, Florida 33020

Office (954) 281-2427
Facsimile (954) 827-0967
Tracey@AttorneyTracey.com

By:  */s/ Tracey Cabanis, Esq.*            
TRACEY CABANIS, ESQ..
FBN: 52647