UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61187-CIV-SINGHAL/STRAUSS

ROZETTE AZEMAR,

      Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES,
LLC, *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.  (DE [53]).  The Court having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE** as to all Defendants.  Each party shall bear its own attorneys' fees and costs.  This Court shall retain jurisdiction over any issues that arise out of the enforcement of the settlement agreement between Plaintiff and Defendant Experian Information Solutions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 17th day of June 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/

1